FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT

Oct 27, 2023

SEAN F. McAVOY, CLERK

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAFAEL MEDINA,

Defendant.

No. 1:23-CR-02039-MKD-5

ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

**ECF Nos. 118, 119**

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 118) and related Motion to Expedite (ECF No. 119).  Defendant was represented on these Motions by court-appointed attorney Ken Therrien.

Defendant requests that the Court modify Special Condition Nos. 8 and 9 to allow him to attend the Sunnyside Police Department's Trunk or Treat event with his children and spouse.  ECF No. 118.  The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request.  *Id*.

The Court, having reviewed the Motion and finding good cause therefor,

**HEREBY ORDERS:**

1.    Defendant's Motion to Modify Conditions of Release (**ECF No. 118**) is **GRANTED**.

ORDER - 1

1    2.    **Special Condition Nos. 8 and 9 (ECF No. 116) are temporarily**

2  **MODIFIED to permit Defendant to attend the Sunnyside Police Department's**

3  **Trunk or Treat event on October 30, 2023, from 5:00 PM. to 8:00 PM.**

4    3.    All other terms and conditions of pretrial release not inconsistent

5  herewith shall remain in full force and effect.

6    **IT IS SO ORDERED.**

7    DATED October 27, 2023.

8

9   _____

    ALEXANDER C. EKSTROM

10   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

ORDER - 2